**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Tamara Sue DeBinder, et al. | ) | No. | CV 06-1804-PCT-PGR |
| Plaintiffs, | ) | | |
| vs. | ) | | **ORDER** |
| Albertson's, Inc., dba Sav-On Drugs, et al. | ) | | |
| Defendants. | ) | | |

Upon Stipulation of the parties (Doc. 127),

IT IS HEREBY ORDERED dismissing with prejudice the above-captioned matter as to Defendant Albertson's, Inc. only, each party to bear its own costs and fees.

DATED this 21st day of May, 2009.

Paul G. Rosenblatt
United States District Judge